# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00819-CV

**In re Herman Lee Kindred**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

We deny the petition for writ of mandamus for the same reasons as in Cause No. 03-16-00550-CV.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   December 13, 2016

---

[1] *See In re Kindred*, No. 03-16-00550-CV, 2016 Tex. App. LEXIS 9532, at *1-2 (Tex. App.—Austin Aug. 30, 2016, orig. proceeding) (mem. op.).